Opinion issued August 25, 2011.



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00655-CR

———————————

In re robert brett gosnell, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus[1]



 



 

MEMORANDUM OPINION

          Relator,
Robert Brett Gosnell, has filed a pro se petition for writ of mandamus,
complaining that the trial court has failed to rule on his motion for judgment
nunc pro tunc.  

We deny the petition for
writ of mandamus, and we dismiss all outstanding motions as moot. 

PER CURIAM

Panel
consists of  Chief Justice Radack and
Justices Sharp and Brown.

Do
not publish.   Tex. R. App. P. 47.2(b).











[1]           Relator:  Robert Brett Gosnell (Pro se) 

            RPI:  State of Texas (Patricia R. Lykos, Harris
County District Attorney) 

            Respondent:  Hon. Vanessa Velasquez, 183rd District Court
of Harris County, Texas